UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | MBD No. 23-MC-91541-DJC |
| RUBEN DEPINA, | ) ) ) | |
| Defendant. | ) | |

**ORDER OF CONTINUANCE AND EXCLUDABLE DELAY**

Upon consideration of the Assented-To Motion seeking an order of continuance and excludable delay, the Court finds as follows:

1. The defendant has been charged by criminal complaint, *United States v. Ruben Depina*, Case No. 23-MJ-04480-DHH. The government and counsel have been engaged in discussions regarding the case. The government also has provided initial and supplemental discovery disclosures to the defense to review. However, even with due diligence, the parties expect to be unable to finalize their discussions prior to the time within which an indictment must be filed. As a result, the United States requests an extension of time to return an indictment. The requested exclusion of time represents an extension of the United States' time to file an indictment under the Speedy Trial Act.

2. Accordingly, the ends of justice served by granting the requested continuance and excluding the time period from January 15, 2024, through and including March 15, 2024, from the speedy trial clock, outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A)of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008).

Accordingly, the Court hereby grants the Assented-To Motion and ORDERS that, pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases*, (1) the date on which an Indictment must be filed is continued to March 15, 2024; and (2) the period from January 15, 2024, through and including March 15, 2024, is excluded from the speedy trial clock and from the time within which an indictment must be filed.

_____
UNITED STATES DISTRICT JUDGE

Date:   January 9, 2024